UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERBERT D. WOODS, JR., <br><br> Plaintiff, <br><br> -against- <br><br> STATE OF NEW YORK, <br><br> Defendant. | 24 **CIVIL** 5937 (LTS) <br><br> **CIVIL JUDGMENT** |

For the reasons stated in the Court's Order of Dismissal, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 6, 2024
         New York, New York

                                                         /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                    Chief United States District Judge